FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2022

No. 04-22-00253-CV

**3CM, LLC** d/b/a 3CM Multifamily,
Appellant

v.

**ARROYO SQUARE, LLC, ET AL.**,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVCD-22-0000052
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

On August 17, 2022, this court denied appellant's request for oral argument and set this cause for submission on briefs on September 7, 2022. Appellant subsequently filed a motion to reconsider oral argument and appellees filed their response. Appellant's motion is DENIED. The case was submitted on September 7, 2022, before a panel consisting of Chief Justice Rebeca C. Martinez, Justice Irene Rios, and Justice Liza A. Rodriguez.

It is so **ORDERED** on September 15, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT